# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 20, 2026

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 26-2715

Caption:
CLEAN ENERGY CHOICE COALITION, NFP,
Plaintiff - Appellant

v.

VILLAGE OF OAK PARK,
Defendant - Appellee

District Court No: 1:25-cv-04353
Clerk/Agency Rep Thomas G. Bruton
District Judge Franklin U. Valderrama

Date NOA filed in District Court: 08/19/2026

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)