**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| CLEAN ENERGY CHOICE COALITION, NFP,<br><br>*Appellant*,<br><br>v.<br><br>VILLAGE OF OAK PARK, ILLINOIS<br><br>*Appellee*. | No. 26-2715 |

# APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Pursuant to Federal Rule of Appellate Procedure 26 and Seventh Circuit Rule 26, Appellee Village of Oak Park, Illinois ("VOP") respectfully moves for a 21-day extension of time to file its response brief in this case, from October 26, 2026, until November 16, 2026. Counsel for Clean Energy Choice Coalition has indicated that Clean Energy Choice Coalition does not oppose this motion.

This is VOP's first request for an extension in this court. VOP is seeking this extension more than seven days before its brief is due. VOP seeks this extension in order to allow adequate time for VOP's counsel to prepare its brief in light of the demands of other litigation matters.

VOP's counsel have several overlapping deadlines in other litigation matters during the month of October.

Mr. Cmar is lead counsel for petitioners in appellate litigation concerning federal agency rulemaking in the U.S. Court of Appeals for the Second Circuit in *Waterkeeper Alliance, Inc., et al. v. U.S. Environmental Protection Agency*, Docket No. 26-128(L). Petitioners' opening brief is currently due on October 22, 2026, although counsel are working to file prior to that deadline.

Mr. Oberleiton is lead counsel for one of fourteen (14) parties in Maryland Public Service Commission Case No. 9707, *In the Matter of the Petition of the Office of People's Counsel for Near-Term, Priority Actions and Comprehensive, Long-Term Planning for Maryland's Gas Companies*, which is set for an evidentiary hearing beginning October 5, 2026. Since there are forty (40) witnesses in this case, the Special Master presiding over the case has indicated that the hearing may require going beyond the initially anticipated week, which would then continue into October. These deadlines were established prior to the docketing of this case on August 20, 2026. ECF No. 1.

Finally, Ms. Davis-Stermitz is lead counsel for a coalition of nongovernmental organizations who are participating as *amici* in a pressing preliminary-injunction appeal in the U.S. Court of Appeals for the Ninth Circuit, *California v. Wright*, No. 26-5409. She has an amicus brief due in that matter on

October 9, 2026. These deadlines were not established prior to the docketing of this case, but have been scheduled on an expedited basis due to its preliminary-injunction posture.

A 21-day extension would provide sufficient time for preparation of VOP's brief, taking into account prior litigation deadlines and other demands on VOP's counsel.

In further support of this motion, VOP has attached the Circuit Rule 26 declaration of its counsel.

Accordingly, VOP respectfully requests a 21-day extension of time, up to and including November 16, 2026, within which to file its brief in this case.

For these reasons, good cause exists under Federal Rule of Appellate Procedure 26(b) for the Court to grant VOP's requested 21-day extension.

Dated this 30th day of September, 2026.

Respectfully submitted,

/s/ Linnet Davis-Stermitz
Linnet Davis-Stermitz
Earthjustice
810 3rd Avenue, Suite 610
Seattle WA 98104
(202) 793-5820
ldavisstermitz@earthjustice.org

*Counsel for Appellee Village of Oak Park, Illinois*

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| CLEAN ENERGY CHOICE COALITION, NFP,<br><br>*Appellant*,<br><br>v.<br><br>VILLAGE OF OAK PARK, ILLINOIS<br><br>*Appellee*. | No. 26-2715 |

**DECLARATION OF LINNET DAVIS-STERMITZ IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE BRIEF**

I, Linnet Davis-Stermitz, declare the following to be true and correct under penalty of perjury.

1. I am a member in good standing of the bars of Washington, New York, the District of Columbia, and this Court. I am based in Seattle, Washington, and am counsel for Appellee Village of Oak Park, Illinois ("VOP").

2. This case was docketed on August 20, 2026. ECF No. 1.

3. Pursuant to this Court's docket entry of September 29, 2026, Appellant Clean Energy Choice Coalition's ("CECC") opening brief was deemed filed on September 26, 2026. ECF No. 9.

4. VOP's response brief in this case is due October 26, 2026.

5. This is the first extension requested by VOP for its response brief deadline.

6. VOP seeks this extension in order to allow adequate time for VOP's counsel to prepare its response brief in light of the demands of other litigation matters during the month of October.

7. VOP's counsel have several overlapping deadlines in other litigation matters during the month of October.

8. Mr. Cmar is lead counsel for petitioners in appellate litigation concerning federal agency rulemaking in the U.S. Court of Appeals for the Second Circuit in *Waterkeeper Alliance, Inc., et al. v. U.S. Environmental Protection Agency*, Docket No. 26-128(L). Petitioners' opening brief is currently due on October 22, 2026, although counsel are working to file prior to that deadline.

9. Mr. Oberleiton is lead counsel for one of fourteen (14) parties in Maryland Public Service Commission Case No. 9707, *In the Matter of the Petition of the Office of People's Counsel for Near-Term, Priority Actions and Comprehensive, Long-Term Planning for Maryland's Gas Companies*, which is set for an evidentiary hearing beginning October 5, 2026. Since there are forty (40) witnesses in this case, the Special Master presiding over the case has indicated that the hearing may require going beyond the initially anticipated

week, which would then continue into October. These deadlines were established prior to the docketing of this case on August 20, 2026. ECF No. 1.

10. Finally, Ms. Davis-Stermitz is lead counsel for a coalition of nongovernmental organizations who are participating as *amici* in a preliminary-injunction appeal in the U.S. Court of Appeals for the Ninth Circuit, *California v. Wright*, No. 26-5409. She has an *amicus* brief due in that matter on October 9, 2026. These deadlines were not established prior to the docketing of this case, but have been scheduled on an expedited basis due to the matter's preliminary-injunction posture.

11. A 21-day extension would provide sufficient time for preparation of VOP's brief, taking into account prior litigation deadlines and other demands on VOP's counsel.

12. Counsel for the parties have conferred, and Counsel for CECC has indicated that CECC does not oppose this motion.

13. For all the foregoing reasons, I respectfully request that VOP's deadline to file its response brief in this case be extended to November 16, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 30th day of September, 2026

/s/ Linnet Davis-Stermitz
Linnet Davis-Stermitz
Earthjustice

*Counsel for Appellee Village of Oak Park, Illinois*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Linnet Davis-Stermitz
Linnet Davis-Stermitz
Earthjustice

*Counsel for Appellee Village of Oak Park, Illinois*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel states that this motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 467 words, excluding the parts exempted by Fed. R. App. P. 32(f), as counted by a word processing system and, therefore, is within the word limit. This motion also complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Circuit Rule 32 because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman font.

Dated: September 30, 2026

/s/ Linnet Davis-Stermitz
Linnet Davis-Stermitz
Earthjustice

*Counsel for Appellee Village of Oak Park, Illinois*