**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**
**No. 26-2715**

---

**CLEAN ENERGY CHOICE COALITION NFP,**

**Plaintiff-Appellant,**

**v.**

**VILLAGE OF OAK PARK, ILLINOIS,**

**Defendant-Appellee.**

---

**On Appeal from the United States District Court**
**for the Northern District of Illinois, Eastern Division**
**No. 1:25-cv-04353**
**The Honorable Franklin U. Valderrama**

---

# AMENDED JURISDICTIONAL STATEMENT

---

Kian J. Hudson
Kristin Froehle
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Kian.hudson@btlaw.com
Kristin.froehle@btlaw.com

*Counsel for Plaintiff-Appellant*

**AMENDED JURISDICTIONAL STATEMENT**

The United States District Court for the Northern District of Illinois had subject matter jurisdiction under 28 U.S.C. § 1331 because the Clean Energy Choice Coalition ("Coalition") brought this action against Village of Oak Park (the "Village") under the Supremacy Clause and the Energy Policy and Conservation Act ("EPCA"), 42 U.S.C. §§ 6201 et seq.

On July 30, 2026, the district court entered final judgment granting the Village's motion for summary judgment and denying the Coalition's cross-motion for summary judgment, disposing of all claims as to all parties. ECF 64; ECF 65. The Coalition timely filed its notice of appeal on August 20, 2026. This Court has appellate jurisdiction under 28 U.S.C. § 1291.

Respectfully submitted,

Dated: October 1, 2026

**BARNES & THORNBURG LLP**

By: */s/ Kian J. Hudson*

Kian J. Hudson
Kristin Froehle
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Kian.hudson@btlaw.com
Kristin.froehle@btlaw.com

*Counsel for Plaintiff-Appellant*