# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 1, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2715 | CLEAN ENERGY CHOICE COALITION, NFP,<br>Plaintiff - Appellant<br><br>v.<br><br>VILLAGE OF OAK PARK,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-04353<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama | |

Upon consideration of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**, filed on September 30, 2026, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief of the appellee is due by November 16, 2026.

2. The reply brief of the appellant, if any, is due by December 7, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).