# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 19, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2715 | CLEAN ENERGY CHOICE COALITION, NFP,<br>Plaintiff - Appellant<br><br>v.<br><br>VILLAGE OF OAK PARK,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-04353<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama |

A review of the brief of appellee reveals that appellee has not complied with the requirements of Circuit Rule 28(b). That rule requires an appellee to provide a jurisdictional statement section in its brief and for it to state explicitly whether or not the jurisdictional summary in an appellant's brief is "complete and correct." If it is not, the appellee must provide a "complete jurisdictional summary."

Appellee's statement ignores the requirements of Circuit Rule 28(b). It is insufficient to state only that appellant's jurisdictional statement is correct, without confirming whether the statement is also complete. *See Baez-Sanchez v. Sessions*, 862 F.3d 638, 641 (7th Cir. 2017) (Wood, C.J., in chambers). Accordingly,

IT IS ORDERED that appellee shall file an amended jurisdictional statement on or before November 30, 2026, that complies with the requirements of Circuit Rule 28(b), and if appellant's jurisdictional statement is not both complete and correct, Circuit Rule 28(a) also.

IT IS FURTHER ORDERED that the clerk of this court shall DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellee's amended jurisdictional statement to the assigned merits panel.