No. 26-2715

# United States Court of Appeals for the Seventh Circuit

CLEAN ENERGY CHOICE COALITION, NFP,

*Plaintiff-Appellant*,

v.

VILLAGE OF OAK PARK, ILLINOIS

*Defendant-Appellee*,

On Appeal from the United States District Court
for the Northern District of Illinois
No. 1:25-cv-04353
The Honorable Franklin U. Valderrama, District Judge

## AMENDED JURISDICTIONAL STATEMENT


Tony S. Fioretti
*Counsel of Record*
VILLAGE OF OAK PARK
123 Madison St.
Oak Park, IL 60302
(708) 358-5666
tony.fioretti@oak-park.us

Thomas Cmar
EARTHJUSTICE
311 S. Wacker Dr., Suite 1400
Chicago, IL 60606
(312) 257-9338
tcmar@earthjustice.org

Linnet Davis-Stermitz
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
(202) 793-5820
ldavisstermitz@earthjustice.org

Timothy R. Oberleiton
EARTHJUSTICE
1250 I St. N.W., Floor 4
Washington, DC 20005
(202) 667-4500
toberleiton@earthjustice.org

*Counsel for Defendant-Appellee Village of Oak Park, Illinois*


*Additional counsel on inside cover*

Gail L. Reich
ELROD FRIEDMAN LLP
350 N. Clark St., 2nd Floor
Chicago, IL 60654
(312) 528-5200
gail.reich@elrodfriedman.com

*Counsel for Defendant-Appellee Village of Oak Park, Illinois*

Pursuant to Circuit Rule 28(b) and the Court's November 19, 2026 Order (ECF 27), Defendant-Appellee Village of Oak Park, Illinois hereby states that the jurisdictional summary set out in Plaintiff-Appellant Clean Energy Choice Coalition's Amended Jurisdictional Statement (ECF 15) is complete and correct.

November 19, 2026

Respectfully submitted,

*s/ Linnet Davis-Stermitz*

Tony S. Fioretti
VILLAGE OF OAK PARK
123 Madison St.
Oak Park, IL 60302
(708) 358-5666
tony.fioretti@oak-park.us

Gail L. Reich
ELROD FRIEDMAN LLP
350 N. Clark St., 2nd Floor
Chicago, IL 60654
(312) 528-5200
gail.reich@elrodfriedman.com

Linnet Davis-Stermitz
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
(202) 793-5820
ldavisstermitz@earthjustice.org

Timothy R. Oberleiton
EARTHJUSTICE
1250 I St. N.W., Floor 4
Washington, DC 20005
(202) 667-4500
toberleiton@earthjustice.org

Thomas Cmar
EARTHJUSTICE
311 S. Wacker Dr., Suite 1400
Chicago, IL 60606
(312) 257-9338
tcmar@earthjustice.org

*Counsel for Defendant-Appellee Village of Oak Park, Illinois*

## CERTIFICATE OF SERVICE

I certify that this amended statement was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit via the appellate CM/ECF system on November 19, 2026. I certify that this amended statement was served on all ECF-registered counsel via the Court's CM/ECF system.

November 19, 2026

*s/ Linnet Davis-Stermitz*

Linnet Davis-Stermitz
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
(202) 793-5820
ldavisstermitz@earthjustice.org

*Counsel for Defendant-Appellee*