**No. 26-2715**

# IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

CLEAN ENERGY CHOICE COALITION, NFP,

Plaintiff-Appellant,

v.

VILLAGE OF OAK PARK, ILLINOIS,

Defendant-Appellee.

On Appeal from the United States District Court
for the Northern District of Illinois, No. 1:25-cv-04353 (Valderrama, J.)

# BRIEF OF *AMICI CURIAE* SIERRA CLUB, OAK PARK CLIMATE ACTION NETWORK, CHICAGO ENVIRONMENTAL JUSTICE NETWORK, FAITH IN PLACE, AND RESPIRATORY HEALTH ASSOCIATION IN SUPPORT OF APPELLEE AND AFFIRMANCE


Sari Amiel
Sierra Club
50 F St. NW, Eighth Floor
Washington, DC 20001
(301) 807-2223
sari.amiel@sierraclub.org

Jim Dennison
Sierra Club
1650 38th St. Ste. 103W
Boulder, CO 80301
(435) 232-5784
jim.dennison@sierraclub.org

*Counsel for Sierra Club and OPCAN*

Robert A. Weinstock
Director, Environmental Advocacy Center
Clinical Professor of Law
Northwestern Pritzker School of Law
375 E. Chicago Ave. | Chicago, IL 60611
(312) 503-1457
robert.weinstock@law.northwestern.edu

*Counsel for the Chicago Environmental Justice Network, Faith in Place, and Respiratory Health Association*

Save As Clear Form

# APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 26-2715

Short Caption: Clean Energy Choice Coalition, NFP v. Village of Oak Park

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Sierra Club, Oak Park Climate Action Network

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
Sierra Club

(3) If the party, amicus or intervenor is a corporation:

i) Identify all its parent corporations, if any; and

N/A

ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

N/A

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

N/A

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

N/A

---

Attorney's Signature: /s/ Sari Amiel Date: November 23, 2026

Attorney's Printed Name: Sari Amiel

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). Yes ☑ No ☐

Address: Sierra Club, 50 F St. NW, Eighth Floor, Washington, DC 20001

Phone Number: (301) 807-2223 Fax Number:

E-Mail Address: sari.amiel@sierraclub.org

rev. 12/19 AK

Save As | Clear Form

# APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 26-2715

Short Caption: Clean Energy Choice Coalition, NFP v. Village of Oak Park

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Sierra Club, Oak Park Climate Action Network

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
Sierra Club

(3) If the party, amicus or intervenor is a corporation:

i) Identify all its parent corporations, if any; and

N/A

ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

N/A

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

N/A

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

N/A

---

Attorney's Signature: /s/ James A. Dennison Date: November 23, 2026

Attorney's Printed Name: James Arlo Dennison

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). Yes ☐ No ☑

Address: Sierra Club, 1650 38th Street, #103W, Boulder, CO 80301

Phone Number: (435) 232-5784 Fax Number:

E-Mail Address: jim.dennison@sierraclub.org

Save As | Clear Form

# APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 26-2715

Short Caption: Clean Energy Choice Coalition, NFP v. Village of Oak Park, Illinois

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Chicago Environmental Justice Network, Respiratory Health Association & Faith in Place

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
Robert A. Weinstock

(3) If the party, amicus or intervenor is a corporation:

i) Identify all its parent corporations, if any; and

n/a

ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

n/a

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

n/a

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

n/a

---

Attorney's Signature: s/Robert A. Weinstock Date: November 23, 2026

Attorney's Printed Name: Robert A. Weinstock

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). Yes ☑ No ☐

Address: Environmental Advocacy Center, Northwestern Pritzker School of Law, 375 E. Chicago Ave., Chicago, IL 60611

Phone Number: (312) 503-1457 Fax Number:

E-Mail Address: robert.weinstock@law.northwestern.edu

## TABLE OF CONTENTS


STATEMENT OF INTEREST ..... 1

INTRODUCTION AND SUMMARY OF ARGUMENT ..... 5

ARGUMENT ..... 6

I. Gas Combustion Emits Harmful Pollutants that Degrade Both Indoor and Outdoor Air Quality and Threaten Public Health. ..... 6

II. Building Emissions Cause Harmful Climate Pollution, Prompting State and Local Legislation to Protect Health and Safety. ..... 17

III. Regulating Air Pollution from Buildings Falls Squarely Within the Village's Traditional Police Powers, which EPCA Does Not Preempt. ..... 19

CONCLUSION ..... 23

CERTIFICATE OF COMPLIANCE ..... 25

CERTIFICATE OF SERVICE ..... 26

## TABLE OF AUTHORITIES

**Cases**


*Ass'n of Contracting Plumbers of New York et al. v. New York*, 180 F.4th 434 (2d Cir. 2026)... 20
*Bankhurst v. Wolf Appliance, Inc.*, 2024 U.S. Dist. LEXIS 117734 (W.D. Wisc. July 2, 2024) . 21
*Drake v. Haier US Appliance Solutions Inc.*, 2024 U.S. Dist. LEXIS 25169 (N.D. Cal. Feb. 13, 2024) .......... 21
*Hendrick v. BSH Home Appliances Corp.*, 2024 U.S. Dist. LEXIS 87747 (C.D. Cal. May 14, 2024) .......... 21
*Huron Cement Co. v. City of Detroit*, 362 U.S. 440 (1960) .......... 20
*Md. Building Ass'n v. McIlwain*, 828 F. Supp. 3d 617 (D. Md. 2026) .......... 21
*Nat'l Ass'n of Home Builders v. District of Columbia*, No. 24-cv-02942, 2026 U.S. Dist. LEXIS 64829 (D.D.C. Mar. 26, 2026) .......... 21
*Nat'l Ass'n of Home Builders v. Montgomery Cnty.*, No. 8:24-cv-03024-PX, 2026 U.S. Dist. LEXIS 62725 (D. Md. Mar. 25, 2026) .......... 21
*Nat'l Solid Wastes Mgmt. Ass'n v. Killian*, 918 F.2d 671 (7th Cir. 1990) .......... 20
*Quilici v. Morton Grove*, 695 F.2d 261 (7th Cir. 1982) .......... 20
*Rest. L. Ctr. v. City & Cnty. of Denver*, No. 24-cv-01862, 2026 U.S. Dist. LEXIS 224795 (D. Colo. Aug. 7, 2026) .......... 21
*Rinnai Am. Corp. v. S. Coast Air Quality Mgmt. Dist.*, 184 F.4th 1094 (9th Cir. 2026) .......... 20
*Sackett v. EPA*, 598 U.S. 651 (2023) .......... 20
*Sutker v. Ill. State Dental Soc.*, 808 F.2d 632 (7th Cir. 1986) .......... 19


**Statutes**


42 U.S.C. § 6297 .......... 19
42 U.S.C. § 7401 .......... 22
42 U.S.C. § 7416 .......... 22
Ill. Pub. Act 102-0662 § 15-15 (2021) .......... 18


**Other Authorities**


Am. Cancer Soc'y, *Benzene and Cancer Risk* (last revised Jul. 8, 2026). .......... 13
Am. Lung Ass'n, *Literature Review on the Impacts of Residential Combustion* (July 10, 2022)14, 20
Am. Med. Ass'n, *Informing Physicians, Health Care Providers, and the Public that Cooking with a Gas Stove Increases Household Air Pollution and the Risk of Childhood Asthma D-135.964*, Res. 439 (2022) .......... 13
Am. Pub. Health Ass'n, *Gas Stove Emissions Are a Public Health Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness in Children, Older Adults, and People with Underlying Health Conditions* (Nov. 8, 2022) .......... 14, 15
Andee Krasner et al., *Cooking with Gas, Household Air Pollution, and Asthma: Little Recognized Risk for Children*, 83 J. ENV'T HEALTH 8 (Apr. 2021) .......... 7
Ashwini R. Sehgal et al., *Asthma Control Before and After Changing Gas Stoves to Electric Stoves*, 14 J. ALLERGY & CLINICAL IMMUNOLOGY: IN PRACTICE 2341 (Oct. 2026) .......... 15
Beyond Gas, *Cooking Up Danger* (Nov. 2024) .......... 11
Brady Seals & Andee Krasner, *Health Effects from Gas Stove Pollution,* RMI, Physicians for Social Responsibility, Mothers Out Front & Sierra Club (May 2020) .......... 4
CEJN, *Members* (last visited Nov. 18, 2026) .......... 3

Christopher W. Tessum et al., *$PM_{2.5}$ Polluters Disproportionately and Systemically Affect People of Color in the United States*, 7 SCI. ADVANCES eabf4491, supplementary data file S2 (2021) 9

City of Chicago*, Chicago Cumulative Impact Assessment: 2023 Summary Report* (2023) ........... 7

Dimitra Lavrakas, Letter to the Editor: "The downside of natural gas," *Wednesday Journal of Oak Park & River Forest*, July 12, 2022 ........................................................................ 2

Doug Burke & Mac Robinet, Letter to the Editor: "Climate change requires clectrification of buildings," *Wednesday Journal of Oak Park & River Forest*, Nov. 16, 2021 ........................... 2

Drew R. Michanowicz et al., *Home Is Where the Pipeline Ends: Characterization of Volatile Organic Compounds Present in Natural Gas at the Point of the Residential End User*, 56 ENV'T SCI. & TECH. 10258 (June 2022) .................................................................. 6, 8, 12, 13

Eric D. Lebel et al., *Composition, Emissions, and Air Quality Impacts of Hazardous Air Pollutants in Unburned Natural Gas from Residential Stoves in California*, 56 ENV'T SCI. & TECH. 15828 (Oct. 20, 2022) ........................................................................................ 6

Eric D. Lebel et al., *Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes*, 56 ENV'T SCI. & TECH. 2529 (2022) ................................................ 8, 11

Faith in Place, *AirAware: The People-Powered Search for Healthier Air* 4 (May 2026). 2, 11, 12, 13, 14

Faith in Place, *The World We're Working Towards*, (last visited Nov. 18, 2026) ......................... 2

Fed. R. App. P. 29(a)(4)(E) ........................................................................................ 1

Gary Adamkiewicz et al., *Moving Environmental Justice Indoors: Understanding Structural Influences on Residential Exposure Patterns in Low-Income Communities*, 101 AM. J. PUB. HEALTH S238 (2011) ................................................................................ 10, 14, 15

Jason J. Rose et al., *Carbon Monoxide Poisoning: Pathogenesis, Management, and Future Directions of Therapy*, 195 AM. J. RESPIRATORY & CRITICAL CARE MED. 596 (2017) ........... 12

Jennifer M. Logue et al., *Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California*, 122 ENV'T HEALTH PERSPECTIVES 43 (Jan. 2014) .................................................................................................. 10

Laura Derks et al., Letter to the Editor: "Overcome obstacles to electrifying buildings," *Wednesday Journal of Oak Park & River Forest*, July 26, 2022 .............................................. 2

Lisa K. Baxter et al., *Predictors of Concentrations of Nitrogen Dioxide, Fine Particulate Matter, and Particle Constituents Inside of Lower Socioeconomic Status Urban Homes*, 17 J. EXPOSURE SCI. & ENV'T EPIDEMIOLOGY 433 (2007) .............................................................. 15

Nat'l Ctr. for Healthy Hous., *Studying the Optimal Ventilation for Environmental Indoor Air Quality* (Apr. 2022) ................................................................................ 10, 15

Neil E. Klepeis et al., *The National Human Activity Pattern Survey (NHAPS): A Resource for Assessing Exposure to Environmental Pollutants*, 11 J. EXPOSURE SCI. & ENV'T EPIDEMIOLOGY 231 (2001) ........................................................................................ 8

Nicholas J. Nassikas et al., *Indoor Air Sources of Outdoor Air Pollution: Health Consequences, Policy, and Recommendations*, 21 ANNALS AM. THORACIC SOC'Y 365 (Mar. 2024) ............. 14

OPCAN, *About Us: Our History* (last visited Nov. 18, 2026) ..................................................... 1

Physicians for Soc. Resp., WE ACT for Environmental Justice, & Sierra Club, *The Outdoor Pollution Is Coming from Inside the House: National Building Pollution Report* (2023) ....... 15

Respiratory Health Association, *About Us* (last visited Nov. 19, 2026) ........................................ 3

Respiratory Health Association, *Indoor Air Pollution: Gas Stoves* (last visited Nov. 19, 2026)... 3

Rewiring America, *Breathe Easy* (Dec. 2024) ........................................................................ 17

Rewiring America, *Bringing Infrastructure Home: A 50-State Report on U.S. Home Electrification* (June 2021) .......... 17
RMI, *Fact Sheet: All-Electric Buildings: A Health Priority for Illinois* (June 2023) .......... 17
Sonoma Technology, *Ozone Impacts from Building Combustion Sources on Nonattainment Areas in Maryland* (Sept. 25, 2024).......... 4
Talor Gruenwald et al., *How Air Agencies Can Help End Fossil Fuel Pollution from Buildings*, RMI (2021) .......... 17
Talor Gruenwald et al., *Population Attributable Fraction of Gas Stoves and Childhood Asthma in the United States*, 20 INT'L J. ENV'T RSCH. & PUB. HEALTH 75 (2023) .......... 5, 15
Tianchao Hu et al., *Compilation of Published $PM_{2.5}$ Emission Rates for Cooking, Candles and Incense for Use in Modeling of Exposures in Residences*, LBNL-5890E (Aug. 2012).......... 9
U.S. Ctrs. for Disease Control & Prevention, *Benzene Chemical Fact Sheet* (June 11, 2026) .... 13
U.S. Ctrs. for Disease Control & Prevention, *Carbon Monoxide Poisoning* (last updated Oct. 26, 2026) .......... 12
U.S. Ctrs. for Disease Control & Prevention, *Polycyclic Aromatic Hydrocarbons (PAHs) Fact Sheet* (Nov. 2009) .......... 12
U.S. DOE, *Energy Conservation Program: Energy Conservation Standards for Residential Water Heaters, Direct Heating Equipment, and Pool Heaters*, 75 Fed. Reg. 20112 (Apr. 16, 2010) .......... 22
U.S. EPA, *2017 National Emissions Inventory (NEI) Data* (last visited Nov. 18, 2026). .......... 16
U.S. EPA, *Basic Information about $NO_2$* (last updated June 24, 2026).......... 7, 10
U.S. EPA, *California State Implementation Plan Revision; NOx Control Measures for Two California Air Pollution Control Districts*, 51 Fed. Reg. 600 (Jan. 7, 1986) .......... 22
U.S. EPA, *Carbon Monoxide's Impact on Indoor Air Quality* (last updated July 15, 2026)....... 11
U.S. EPA, *Clean Air Fine Particle Implementation Rule*, 72 Fed. Reg. 20586 (Apr. 25, 2007) ... 8
U.S. EPA, *Facts About Formaldehyde* (last updated Mar. 30, 2026).......... 7, 12
U.S. EPA, *Health and Environmental Effects of Particulate Matter (PM): Health Effects* (last updated May 5, 2026) .......... 9
U.S. EPA, *Illinois Nonattainment/Maintenance Status for Each County by Year for All Criteria Pollutants* (last updated Oct. 31, 2026) .......... 16
U.S. EPA, *Integrated Science Assessment (ISA) for Carbon Monoxide* (Jan. 2010) .......... 12
U.S. EPA, *Integrated Science Assessment (ISA) For Oxides of Nitrogen – Health Criteria* (Jan. 2016) .......... 10
U.S. EPA, *Integrated Science Assessment (ISA) for Particulate Matter* (Dec. 2019).......... 9
U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen – Health Criteria* (July 2008)10
U.S. EPA, *Integrated Science Assessment for Ozone and Related Photochemical Oxidants* (Feb. 2013) .......... 16, 17
U.S. EPA, *National Ambient Air Quality Standards for Particulate Matter*, 62 Fed. Reg. 38652 (July 18, 1997) .......... 8
U.S. EPA, *National Ambient Air Quality Standards for Particulate Matter*, 71 Fed. Reg. 61144 (Oct. 17, 2006) .......... 8, 9
U.S. EPA, *National Primary and Secondary Ambient Air Quality Standards*, 36 Fed. Reg. 8186 (Apr. 30, 1971).......... 9
U.S. EPA, *Policy Assessment for the Reconsideration of the Ozone National Ambient Air Quality Standards: External Review Draft Version 2* (Mar. 2023) .......... 16

U.S. EPA, *Prevention of Significant Deterioration (PSD) for Particulate Matter Less Than 2.5 Micrometers ($PM_{2.5}$)—Increments, Significant Impact Levels (SILs) and Significant Monitoring Concentration (SMC)*, 72 Fed. Reg. 54112 (Sept. 21, 2007) .................................. 9
U.S. EPA, *Primary National Ambient Air Quality Standards for Nitrogen Dioxide*, 75 Fed. Reg. 6474 (Feb. 9, 2010) .................................................................................................. 10
U.S. EPA, *Report to Congress on Indoor Air Quality Volume II: Assessment and Control of Indoor Air Pollution* (Aug. 1989) ........................................................................................ 8
U.S. EPA, *Review of the Primary National Ambient Air Quality Standards for Oxides of Nitrogen*, 83 Fed. Reg. 17226 (Apr. 18, 2018) ........................................................... 10
U.S. EPA, *The Inside Story: A Guide to Indoor Air Quality* (last updated May 26, 2026)............ 7
U.S. EPA, *What are combustion products?* (last updated Nov. 10, 2026)..................................... 7
U.S. EPA, *What is Ozone?* (last updated May 13, 2026) ............................................................ 16
Village of Oak Park, *Building Electrification* (last visited Nov. 21, 2026)................................. 19
Village of Oak Park, *Climate Ready Oak Park: Climate Ready Oak Park Commitments* (last visited Nov. 19, 2026)......................................................................................................... 18
Village of Oak Park, *Climate Ready Oak Park: Community Sustainability, Climate Action & Resilience Plan* (adopted Aug. 1, 2022) ...................................................................... 1, 18, 19
Weiwei Lin et al., *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 INT'L J. EPIDEMIOLOGY 1728 (Dec. 2013) ................. 5, 14
Wendy Greenhouse, Letter to the Editor: "Getting Oak Park ready for a gas-free future," *Wednesday Journal of Oak Park & River Forest*, Dec. 27, 2022............................................... 2
Yannai Kashtan et al., *Nitrogen dioxide exposure, health outcomes, and associated demographic disparities due to gas and propane combustion by U.S. stoves,* 10 SCI. ADVANCES at 2 (2023) 7
Yannai S. Kashtan et al., *Gas and Propane Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution*, 57 ENV'T SCI. & TECH. 9653 (2023)................................. 8, 12
Yifang Zhu et. al., *Effects of Residential Gas Appliances on Indoor and Outdoor Air Quality and Public Health in California,* UCLA Fielding School of Public Health (prepared for Sierra Club) (Apr. 2020)........................................................................................................... 4

## STATEMENT OF INTEREST[1]

*Amici* are five organizations with interests in preserving the public health and climate benefits of the Village of Oak Park (the "Village")'s all-electric new construction ordinance ("Ordinance") and similar policies beyond Oak Park. Several *Amici* have members in Oak Park who will directly benefit from the Ordinance's public health benefits. *Amici* have advocated for enactment of the Ordinance, and for policies to reduce health-harming pollution from buildings in the greater Chicago area, throughout Illinois, and across the country. Four of the *Amici* organizations sought and were granted leave to file an *amicus curiae* memorandum by the district court. Minute Entry, *Clean Energy Choice Coalition, NFP v. Village of Oak Park, Ill.*, No. 1:25-cv-04353 (N.D. Ill. Oct. 10, 2025), ECF No. 45. *Amicus* Sierra Club is a party or *amicus* in several active cases that involve similar legal issues to those presented here. *Amici* all share an interest in ensuring that federal law is not misinterpreted to thwart the ability of the Village, or other localities and states, to safeguard residents through legitimate exercises of core state and local police powers.

The Oak Park Climate Action Network ("OPCAN") is a volunteer group of over 130 Oak Park residents who helped develop Climate Ready Oak Park, the Village's 2022 climate action plan.[2] OPCAN works to implement that plan's goals, including by advancing policies to reduce pollution from buildings and achieve community-wide net-zero emissions by 2050. OPCAN

---

[1] No party's counsel authored this brief in whole or in part, and no person or entity other than *amici*, their members, or their counsel contributed money to fund the preparation or submission of this brief. *See* Fed. R. App. P. 29(a)(4)(E). All parties to this proceeding have consented to the filing of this brief. *See* Fed. R. App. P. 29(a)(2).

[2] *See* OPCAN, *About Us: Our History*, https://opcan.org/about (last visited Nov. 18, 2026); Village of Oak Park, *Climate Ready Oak Park: Community Sustainability, Climate Action & Resilience Plan* (adopted Aug. 1, 2022) (listing OPCAN in the Plan's "Community Engagement" section), https://storymaps.arcgis.com/stories/b4f6e9bdfd864b31b28072156d6d6bcf.

members were deeply involved in the development and passage of the Ordinance through development of the building electrification recommendations in Climate Ready Oak Park that led to the Ordinance, service on the volunteer commission that advised the Village in its process of developing the Ordinance, public comment at the Board of Trustees meeting where the Ordinance was debated, and multiple letters to the editor supporting the Ordinance and describing its public health benefits.[3]

Faith in Place is a multifaith nonprofit that advances environmental justice through connection, education, and advocacy and has six member Houses of Worship in Oak Park.[4] As described further below, Faith in Place has partnered with several faith communities in the Chicago area to test and report on indoor air quality in over 100 Chicago-area households that use gas appliances.[5]

The Chicago Environmental Justice Network ("CEJN") is a network of allied environmental justice organizations based on the South and Southwest side of Chicago, empowering community members to change systems and build power through transformative

---

[3] *See, e.g.*, Wendy Greenhouse, Letter to the Editor: "Getting Oak Park ready for a gas-free future," *Wednesday Journal of Oak Park & River Forest*, Dec. 27, 2022, https://www.oakpark.com/2022/12/27/getting-oak-park-ready-for-a-gas-free-future/; Laura Derks et al., Letter to the Editor: "Overcome obstacles to electrifying buildings," *Wednesday Journal of Oak Park & River Forest*, July 26, 2022, https://www.oakpark.com/2022/07/26/overcome-obstacles-to-electrifying-buildings%EF%BF%BC/; Dimitra Lavrakas, Letter to the Editor: "The downside of natural gas," *Wednesday Journal of Oak Park & River Forest*, July 12, 2022, https://www.oakpark.com/2022/07/12/the-downside-of-natural-gas/; Doug Burke & Mac Robinet, Letter to the Editor: "Climate change requires clectrification of buildings," *Wednesday Journal of Oak Park & River Forest*, Nov. 16, 2021, https://www.oakpark.com/2021/11/16/climate-change-requires-electrification-of-buildings/.

[4] Faith in Place, *The World We're Working Towards*, https://www.faithinplace.org/who-we-are (last visited Nov. 18, 2026).

[5] Faith in Place, *AirAware: The People-Powered Search for Healthier Air* 4 (May 2026), https://www.faithinplace.org/air-aware-home-monitoring-fip.

campaigns, policy advocacy rooted in lived experience, and community-based education.[6] CEJN supports policies to equitably advance pollution-free buildings in the Chicago area, including Oak Park. As part of the Illinois Clean Jobs Coalition, CEJN advocated for Illinois' Climate and Equitable Jobs Act ("CEJA"), and supported Chicago's previously proposed Clean and Affordable Buildings Ordinance to address the health and economic effects of building emissions.

Respiratory Health Association ("RHA") is a lung health-focused charitable organization founded in 1906 that has worked and continues to work to prevent lung disease and promote clean air through education, research, and policy activism.[7] RHA operates throughout Illinois and has advocated for reducing indoor air pollution from gas combustion in the name of lung health across the Midwest.[8] Through its participation in the Illinois Clean Jobs Coalition, RHA advocates for policies to address health harms from air pollution and climate change by reducing fossil fuel combustion in buildings.

Sierra Club is a nonprofit national grassroots environmental organization with more than 590,000 members nationwide, including over 22,000 members in Illinois and over 7,000 in Cook County, where Oak Park is located. For decades, Sierra Club has supported policies that limit

---

[6] CEJN members include the Little Village Environmental Justice Organization, People for Community Recovery, and Neighbors for Environmental Justice. *See* CEJN, *Members*, https://www.chicagoejn.org/about#founding-members (last visited Nov. 18, 2026).
[7] Respiratory Health Association, *About Us*, https://resphealth.org/about-us/?_gl=1*17dbyj7*_gcl_aw*R0NMLjE3OTUxMDQ0NDEuQ2owS0NRaUEyZnJYQmhDX0FSSXNBUFRGY2RQcTM3amRENHNwTEVMdVM0b2NtbEtNdGlvdGU5NXRVWmRMZ3Jzd2s0QmxaTWdVTFI0TjBkc2FBZzFfRUFMd193Y0I.*_gcl_au*MTM5MTMwMTQ5Ni4xNzk1MTA0NDQx*_ga*MTEwOTQwMzIwNS4xNzk1MTA0NDQx*_ga_3HHG4KRW5C*czE3OTUxMDQ0NDEkbzEkZzAkdDE3OTUxMDQ0NDEkajYwJGwwJGgw (last visited Nov. 19, 2026).
[8] Respiratory Health Association, *Indoor Air Pollution: Gas Stoves*, https://resphealth.org/issues/indoor-air-pollution/ (last visited Nov. 19, 2026).

pollution from fossil fuels and promote clean energy, and in recent years has advocated for measures that protect the public against the health harms caused by burning methane gas in homes and businesses. For example, Sierra Club has published and supported reports demonstrating the significant contribution of gas combustion in buildings to indoor and outdoor air pollution.[9] Sierra Club has also advocated for policies to reduce pollution from buildings in legislative, regulatory, and judicial proceedings across the country, including in Illinois and Oak Park. Sierra Club advocated for and has worked to implement building electrification provisions of CEJA, and as part of the Illinois Clean Jobs Coalition, supported Chicago's previously proposed Clean and Affordable Buildings Ordinance. Sierra Club members actively supported enactment of the Village's Ordinance, including by serving as volunteer members of the Environment and Energy Committee that advised the Village in developing the Ordinance, and by commenting in support of the Ordinance at the Board of Trustees meeting where it was proposed and debated. Sierra Club has intervened or filed *amicus* briefs in several cases that raise Energy Policy and Conservation Act ("EPCA") preemption challenges to policies aimed at reducing building pollution. *See, e.g.*, *Amicus Curiae* Br., *Nat'l Ass'n of Home Builders v. District of Columbia*, No. 26-7050 (D.C. Cir. Jul. 24, 2026), Doc. No. 285047; *Amicus Curiae* Br., *Nat'l Ass'n of Home Builders v. Montgomery Cnty.*, No. 26-1449 (4th Cir. Jul. 2, 2026), ECF No. 44; *Amicus Curiae* Br., *Mulhern Gas Co. v. Mosley*, No. 25-2041 (2d Cir. Dec. 10,

---

[9] *See, e.g.*, Brady Seals & Andee Krasner, *Health Effects from Gas Stove Pollution,* RMI, Physicians for Social Responsibility, Mothers Out Front & Sierra Club (May 2020), https://rmi.org/insight/gas-stoves-pollution-health/; Yifang Zhu et. al., *Effects of Residential Gas Appliances on Indoor and Outdoor Air Quality and Public Health in California,* UCLA Fielding School of Public Health (prepared for Sierra Club) (Apr. 2020), https://ucla.app.box.com/s/xyzt8jc1ixnetiv0269qe704wu0ihif7; Sonoma Technology, *Ozone Impacts from Building Combustion Sources on Nonattainment Areas in Maryland* (Sept. 25, 2024), https://www.sierraclub.org/sites/default/files/2024-11/md_buildingso3_final.pdf.

2025), ECF No. 52.1; Intervenor-Defs.-Appellees' Br., *Rinnai America Corp. v. S. Coast Air Quality Mgmt. Dist.*, No. 25-5129 (9th Cir. Oct. 22, 2025), ECF No. 32.1; Order, *Rest. Law Ctr. v. City and Cnty. of Denver*, No 1:24-cv-01862 (D. Colo. May 1, 2025), ECF No. 35.

## INTRODUCTION AND SUMMARY OF ARGUMENT

There is an established scientific basis and growing public understanding that burning fossil fuels inside our homes, schools, and workplaces is making us sick. While the wide-ranging health impacts attributable to emissions from gas appliances were first recognized decades ago, more recent studies have uncovered the true extent and severity of the connection. Robust research shows that gas appliances are a leading source of health-harming indoor and outdoor air pollution as well as climate-destabilizing greenhouse gases. In response, the Village has joined other states and localities in acting to protect its residents from this pollution and to advance its climate, air quality, and health goals by enacting the Ordinance.

Pollution from gas-burning appliances causes serious harm, including lung diseases such as asthma and chronic obstructive pulmonary disease, as well as cardiovascular disease, cognitive deficits, cancer, and death. Children living in homes with gas stoves are 42 percent more likely to experience asthma symptoms.[10] Nearly 13 percent of childhood asthma nationwide is attributable to gas stove use, and in Illinois, the figure is over 21 percent.[11]

Appellant's expansive reading of EPCA's preemptive reach would negate the Village's firmly established authority to reduce air pollution that harms public health, pursuant to its police

---

[10] Weiwei Lin et al., *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 INT'L J. EPIDEMIOLOGY 1728 (Dec. 2013), https://doi.org/10.1093/ije/dyt150.

[11] Talor Gruenwald et al., *Population Attributable Fraction of Gas Stoves and Childhood Asthma in the United States*, 20 INT'L J. ENV'T RSCH. & PUB. HEALTH 75 (2023), https://doi.org/10.3390/ijerph20010075.

powers. EPCA's text and structure do not support Appellant's reading of EPCA's preemptive provisions, which would not only impinge on the Village's efforts to transition from fossil fuels to clean energy, but also infringe upon traditional state authority over public health and pollution control without the clear Congressional direction required to do so. As such, the district court's decision granting summary judgment for the Village should be affirmed.

## ARGUMENT

### I. Gas Combustion Emits Harmful Pollutants that Degrade Both Indoor and Outdoor Air Quality and Threaten Public Health.

The primary driver of building emissions is the combustion of fossil gas for uses such as space heating, water heating, and cooking. This gas combustion emits nitrogen dioxide ("$NO_2$"), particulate matter, and other air pollutants that contaminate indoor air, especially when emitted from unvented appliances like gas stoves. When they are vented to the outdoors, these pollutants contribute to ambient air pollution, including through formation of ground-level ozone or "smog"—a pollutant for which the Chicago area is in nonattainment of federal air quality standards. The Village's Ordinance will reduce indoor and outdoor air pollution by supporting the construction of all-electric buildings, which do not directly emit any combustion pollution.

Termed "natural gas" by industry, the blend of chemicals that is piped into homes and other buildings across the country is primarily composed of methane.[12] The chemical byproducts

[12] Drew R. Michanowicz et al., *Home Is Where the Pipeline Ends: Characterization of Volatile Organic Compounds Prefsent in Natural Gas at the Point of the Residential End User*, 56 ENV'T SCI. & TECH. 10258, 10258 (June 2022), https://pubs.acs.org/doi/10.1021/acs.est.1c08298 (identifying 296 volatile organic compounds aside from methane in cooking gas samples); Eric D. Lebel et al., *Composition, Emissions, and Air Quality Impacts of Hazardous Air Pollutants in Unburned Natural Gas from Residential Stoves in California*, 56 ENV'T SCI. & TECH. 15828 (Oct. 20, 2022), https://pubs.acs.org/doi/pdf/10.1021/acs.est.2c02581.

of combusting gas include the greenhouse gas carbon dioxide, as well as $NO_2$,[13] particulate matter, carbon monoxide, volatile organic compounds such as formaldehyde,[14] and ozone, which is formed through interactions between nitrogen oxides and volatile organic compounds. Exposure to these pollutants has been increasingly and more conclusively linked to higher rates of respiratory and cardiovascular illnesses, such as childhood asthma, as well as reduced lung function and premature death.[15] The negative health outcomes associated with gas stoves disproportionately affect low-income residents and communities of color,[16] and in the Chicago area, the disparity in pollution exposure and vulnerability is especially stark.[17] That these pollutants are generated—and often linger—indoors raises even greater concerns for public welfare, given that U.S. residents spend nearly 90% of their time indoors.[18] Gas stoves also leak

---

[13] "Nitrogen Dioxide ($NO_2$) is one of a group of highly reactive gases known as oxides of nitrogen or nitrogen oxides (NOx). Other nitrogen oxides include nitrous acid and nitric acid. $NO_2$ is used as the indicator for the larger group of nitrogen oxides." U.S. EPA, *Basic Information about $NO_2$*, https://www.epa.gov/no2-pollution/basic-information-about-no2#What%20is%20NO2 (last updated June 24, 2026).

[14] U.S. EPA, *What are combustion products?*, https://www.epa.gov/indoor-air-quality-iaq/what-are-combustion-products (last updated Nov. 10, 2026); U.S. EPA, *Facts About Formaldehyde*, https://www.epa.gov/formaldehyde/facts-about-formaldehyde (last updated Mar. 30, 2026) (explaining that formaldehyde is a byproduct of combustion found in "[e]missions from un-vented, fuel burning appliances, like gas stoves or kerosene space heaters").

[15] Andee Krasner et al., *Cooking with Gas, Household Air Pollution, and Asthma: Little Recognized Risk for Children*, 83 J. ENV'T HEALTH 8, 14 (Apr. 2021), https://www.proquest.com/docview/2505418593?sourcetype=Scholarly%20Journals.

[16] Yannai Kashtan et al., *Nitrogen dioxide exposure, health outcomes, and associated demographic disparities due to gas and propane combustion by U.S. stoves,* 10 SCI. ADVANCES at 2, 8 (2023), https://www.science.org/doi/10.1126/sciadv.adm8680.

[17] *See* City of Chicago*, Chicago Cumulative Impact Assessment: 2023 Summary Report* at 6, 17 (2023), https://www.chicago.gov/content/dam/city/depts/doe/supp_info/CIA_ExecutiveSummary_9.17.23_v3.pdf.

[18] U.S. EPA, *The Inside Story: A Guide to Indoor Air Quality*, https://www.epa.gov/indoor-air-quality-iaq/inside-story-guide-indoor-air-quality (last updated May 26, 2026); Neil E. Klepeis et al., *The National Human Activity Pattern Survey (NHAPS): A Resource for Assessing Exposure to Environmental Pollutants*, 11 J. EXPOSURE SCI. & ENV'T EPIDEMIOLOGY 231, 242 (2001),

unburned gas containing carcinogenic pollutants, such as benzene, into homes at a near-constant rate, even when they are turned off.[19] The scientific understanding of the myriad health harms linked to gas combustion emissions is generally organized around the specific pollutants comprising those emissions, as detailed below.

***Particulate Matter.*** Particulate matter is a pollutant generated by gas combustion that poses a unique threat to human health.[20] $PM_{2.5}$, or fine particulate matter, refers to inhalable particles with diameters that are 2.5 micrometers and smaller, and thus easily penetrate the defenses of our lungs.[21] $PM_{2.5}$ is mainly produced by "combustion processes and by atmospheric reactions of various gaseous pollutants."[22] Exposure to $PM_{2.5}$ pollution has been linked to premature mortality; heart attacks, strokes, worsening of chronic heart failure, and sudden cardiac death; impaired fetal and childhood lung function development; acute and chronic decreases in lung function; respiratory infections; respiratory emergency department visits, hospitalizations, and deaths; and the development and exacerbation of asthma.[23] Even short-term

https://pubmed.ncbi.nlm.nih.gov/11477521/; *see also* U.S. EPA, *Report to Congress on Indoor Air Quality Volume II: Assessment and Control of Indoor Air Pollution* (Aug. 1989), https://nepis.epa.gov/Exe/ZyPDF.cgi/9100LMBU.PDF?Dockey=9100LMBU.PDF.

[19] *See* Eric D. Lebel et al., *Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes*, 56 ENV'T SCI. & TECH. 2529, 2534 (2022), https://pubs.acs.org/doi/10.1021/acs.est.1c04707 (research results showing that "most stoves and associated nearby piping leak some methane continuously"); Michanowicz et al., *supra* n.12, at 10266 (finding benzene and other carcinogenic pollutants in gas samples from home kitchens); Yannai S. Kashtan et al., *Gas and Propane Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution*, 57 ENV'T SCI. & TECH. 9653 (2023), https://pubs.acs.org/doi/10.1021/acs.est.2c09289.

[20] U.S. EPA, *National Ambient Air Quality Standards for Particulate Matter*, 62 Fed. Reg. 38652, 38653–54 (July 18, 1997).

[21] *Id.* at 38654.

[22] U.S. EPA, *National Ambient Air Quality Standards for Particulate Matter*, 71 Fed. Reg. 61144, 61146 (Oct. 17, 2006).

[23] U.S. EPA, *Clean Air Fine Particle Implementation Rule*, 72 Fed. Reg. 20586, 20586-87 (Apr. 25, 2007); *see also* U.S. EPA, *Health and Environmental Effects of Particulate Matter (PM):*

exposure "is likely causally associated with mortality from cardiopulmonary diseases, increased hospitalization and emergency department visits for cardiopulmonary diseases, increased respiratory symptoms, [and] decreased lung function."[24] There is no safe level of $PM_{2.5}$ exposure.[25]

$PM_{2.5}$ is emitted directly when fossil fuels are combusted, and can be formed through chemical reactions involving nitrogen oxides—another pollutant emitted by gas combustion in buildings.[26] While $PM_{2.5}$ is a byproduct of cooking on both electric and gas stoves, emissions from gas stoves can be two times higher than from electric stoves.[27] The health harms of $PM_{2.5}$ emissions tend to fall disproportionately on people of color, who are exposed to approximately 90 percent more ambient $PM_{2.5}$ pollution from residential gas combustion nationwide than are whites.[28]

***Nitrogen Dioxide.*** The U.S. Environmental Protection Agency ("EPA") has long recognized that $NO_2$, a prevalent pollutant from gas combustion, can cause asthma.[29] Even short-term $NO_2$ exposure can cause impaired lung function, respiratory symptoms, inflammation of the

---

*Health Effects*, https://www.epa.gov/pm-pollution/health-and-environmental-effects-particulate-matter-pm (last updated May 5, 2026).

[24] U.S. EPA, *Prevention of Significant Deterioration (PSD) for Particulate Matter Less Than 2.5 Micrometers ($PM_{2.5}$)—Increments, Significant Impact Levels (SILs) and Significant Monitoring Concentration (SMC)*, 72 Fed. Reg. 54112, 54128 (Sept. 21, 2007).

[25] U.S. EPA, *Integrated Science Assessment (ISA) for Particulate Matter* ES-22-23 (Dec. 2019), https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=347534.

[26] 71 Fed. Reg. at 61146.

[27] Tianchao Hu et al., *Compilation of Published $PM_{2.5}$ Emission Rates for Cooking, Candles and Incense for Use in Modeling of Exposures in Residences*, LBNL-5890E, 11 (Aug. 2012), https://indoor.lbl.gov/publications/compilation-published-pm25-emission.

[28] Christopher W. Tessum et al., *$PM_{2.5}$ Polluters Disproportionately and Systemically Affect People of Color in the United States*, 7 SCI. ADVANCES eabf4491, supplementary data file S2 (2021), https://doi.org/10.1126/sciadv.abf4491.

[29] U.S. EPA, *National Primary and Secondary Ambient Air Quality Standards*, 36 Fed. Reg. 8186 (Apr. 30, 1971).

airway, and asthma exacerbations requiring hospitalization.[30] Exposure to $NO_2$ is also linked to chronic obstructive pulmonary disease, cardiovascular effects, diabetes, cancer, and reproductive harms.[31] $NO_2$ pollution that is vented outdoors also contributes to the formation of $PM_{2.5}$ and ozone.[32]

As EPA recognized in 2008, "homes with gas cooking appliances have approximately 50% to over 400% higher $NO_2$ concentrations than homes with electric cooking appliances."[33] Indeed, scientists at the Lawrence Berkeley National Laboratory demonstrated that up to 70 percent of residents living in homes with unvented[34] gas cooking appliances—which are disproportionately found in low-income communities and multifamily buildings[35]—are exposed to $NO_2$ concentrations that exceed the National Ambient Air Quality Standard (EPA's outdoor limit) of 100 parts per billion.[36] In one particularly alarming study, gas oven operation alone was

---

[30] U.S. EPA, *Primary National Ambient Air Quality Standards for Nitrogen Dioxide*, 75 Fed. Reg. 6474, 6479-80 (Feb. 9, 2010).

[31] U.S. EPA, *Integrated Science Assessment (ISA) For Oxides of Nitrogen – Health Criteria* at 1-17, 1-22 to 1-30, 5-55 (Jan. 2016), https://assessments.epa.gov/isa/document/&deid=310879.

[32] U.S. EPA, *Basic Information about $NO_2$*, *supra* n.13.

[33] U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen – Health Criteria* 2-38 (July 2008), https://assessments.epa.gov/isa/document/&deid=194645#downloads.

[34] Even exhaust ventilation of gas cooking appliances has proved to be less effective at reducing pollution than previously thought. *See* Nat'l Ctr. for Healthy Hous., *Studying the Optimal Ventilation for Environmental Indoor Air Quality* 3 (Apr. 2022), https://nchh.org/resource-library/report_studying-the-optimal-ventilation-for-environmental-indoor-air-quality.pdf (emissions monitoring in Chicago and New York homes found no significant reduction in $NO_2$ from ventilation and 13% to 44% reductions in other contaminants).

[35] Gary Adamkiewicz et al., *Moving Environmental Justice Indoors: Understanding Structural Influences on Residential Exposure Patterns in Low-Income Communities*, 101 AM. J. PUB. HEALTH S238, S240 (2011), https://doi.org/10.2105/AJPH.2011.300119.

[36] Jennifer M. Logue et al., *Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California*, 122 ENV'T HEALTH PERSPECTIVES 43, 47, 49-50 (Jan. 2014), https://pmc.ncbi.nlm.nih.gov/articles/PMC3888569/; U.S. EPA, *Review of the Primary National Ambient Air Quality Standards for Oxides of Nitrogen*, 83 Fed. Reg. 17226, 17226-27 (Apr. 18, 2018).

shown to produce enough peak $NO_2$ to exceed the national standard within minutes.[37] These results are closely consistent with those of the air quality testing conducted in the District of Columbia and Maryland by Sierra Club,[38] and with similar testing in Illinois conducted by Faith in Place.

As described in its May 2026 report, "AirAware: The People-Powered Search for Healthier Air," *Amicus* Faith in Place, with guidance and support from Stanford University researchers, led a group of citizen scientists to study indoor air pollutants from gas appliances in Chicago-area homes.[39] The study measured indoor air quality in 101 homes across Chicago from November 2025 to March 2026,[40] and found that over half of the kitchens tested had instantaneous readings of $NO_2$ levels that exceeded EPA's outdoor 1-hour limit after 30 minutes of stove use. Three in 10 kitchens tested reached $NO_2$ levels ranging from 300 parts per billion ("ppb") to 538 ppb, far exceeding the EPA's 1-hour outdoor limit of 100 ppb.[41]

***Carbon Monoxide.*** According to EPA, homes with gas-burning appliances have higher carbon monoxide levels than those without.[42] Carbon monoxide poisoning results in more than

---

[37] Lebel et al., *supra* n.19, at 2536.
[38] Beyond Gas, *Cooking Up Danger* (Nov. 2024), https://beyondgasdc.org/cooking-up-danger-community-study-reveals-hazardous-nitrogen-dioxide-levels-in-dc-and-maryland-kitchens/.
[39] Faith in Place, *supra* n.5.
[40] *Id*. at 4, 8.
[41] *Id*. at 5, 22.
[42] U.S. EPA, *Carbon Monoxide's Impact on Indoor Air Quality*, https://www.epa.gov/indoor-air-quality-iaq/carbon-monoxides-impact-indoor-air-quality (last updated July 15, 2026).

400 deaths and over 100,000 emergency department visits in the United States annually.[43] Carbon monoxide exposure is also linked to respiratory illnesses and neurological impairment.[44]

Faith in Place's AirAware report also describes carbon monoxide testing in Chicago homes, finding that almost half of the kitchens tested had instantaneous carbon monoxide readings that exceeded EPA's 1-hour outdoor limit for carbon monoxide, which is 35 parts per million ("ppm"), after 30 minutes of gas stove use.[45] In one kitchen, an instantaneous carbon monoxide reading reached 291 ppm, which is over eight times EPA's 1-hour outdoor limit.[46] Instantaneous testing also showed elevated carbon monoxide readings around gas heaters, gas dryers, and gas water heaters—in over half of the tested homes, these values exceeded 9 ppm, EPA's 8-hour outdoor limit for carbon monoxide.[47]

***Cancer-Causing Compounds.*** In addition to the byproducts of fossil fuel burning that have been understood for decades, newer research indicates that gas combustion also releases semi-volatile organic compounds known as polycyclic aromatic hydrocarbons (PAHs),[48] as well as volatile organic compounds, such as formaldehyde[49] and benzene.[50] For instance, a 2022 study of Boston's gas supply revealed the presence of 296 volatile organic compounds, including 21

---

[43] U.S. Ctrs. for Disease Control & Prevention, *Carbon Monoxide Poisoning*, https://www.cdc.gov/carbon-monoxide/about/index.html (last updated Oct. 26, 2026); *see also* Jason J. Rose et al., *Carbon Monoxide Poisoning: Pathogenesis, Management, and Future Directions of Therapy*, 195 AM. J. RESPIRATORY & CRITICAL CARE MED. 596 (2017), https://academic.oup.com/ajrccm/article-abstract/195/5/596/8500082?redirectedFrom=fulltext.
[44] U.S. EPA, *Integrated Science Assessment (ISA) for Carbon Monoxide* 2-5 (Jan. 2010), https://assessments.epa.gov/isa/document/&deid=218686#downloads.
[45] Faith in Place, *supra* n.5, at 21.
[46] *Id.* at 21.
[47] *Id.* at 20.
[48] U.S. Ctrs. for Disease Control & Prevention, *Polycyclic Aromatic Hydrocarbons (PAHs) Fact Sheet* (Nov. 2009), https://www.epa.gov/sites/default/files/2014-03/documents/pahs_factsheet_cdc_2013.pdf.
[49] U.S. EPA, *Facts About Formaldehyde*, *supra* n.14.
[50] Michanowicz et al., *supra* n.12, at 10266; Kashtan et al., *supra* n.19.

hazardous air pollutants, in the gas that is piped into homes and combusted.[51] All of these pollutants are linked to cancer and, thus, no safe level of exposure can be recommended. For instance, long-term exposure to benzene can lead to blood disorders and, according to the American Cancer Society, is linked to higher rates of cancer, including leukemia and other blood cancers.[52] Short-term exposure to benzene can also cause "drowsiness and dizziness; fast or irregular heartbeat; headaches; tremors; confusion; unconsciousness; [and/or] death (at very high levels)."[53]

* * *

Given the robust body of scientific literature evidencing these harms, leading national health organizations are recognizing the immense public health risks associated with gas combustion, particularly from gas appliances. In June 2022, the American Medical Association found that the "use of a gas stove increases household air pollution and the risk of childhood asthma and asthma severity; which can be mitigated by reducing the use of the gas cooking stove, using adequate ventilation, and/or using an appropriate air filter."[54] Nonetheless, kitchen ventilation that adequately removes pollutants from the home is not always available nor accessible.[55] Stove hoods may recirculate pollutants back into the kitchen rather than properly venting pollutants outdoors, especially in rental housing, older buildings, and multifamily

---

[51] Michanowicz et al., *supra* n.12, at 10258.
[52] Am. Cancer Soc'y, *Benzene and Cancer Risk*, https://www.cancer.org/cancer/risk-prevention/chemicals/benzene.html (last revised Jul. 8, 2026).
[53] U.S. Ctrs. for Disease Control & Prevention, *Benzene Chemical Fact Sheet* (June 11, 2026), https://www.cdc.gov/chemical-emergencies/chemical-fact-sheets/benzene.html (cleaned up).
[54] Am. Med. Ass'n, *Informing Physicians, Health Care Providers, and the Public that Cooking with a Gas Stove Increases Household Air Pollution and the Risk of Childhood Asthma D-135.964*, Res. 439, A-22 (2022), https://policysearch.ama-assn.org/policyfinder/detail/gas%20stove?uri=%2FAMADoc%2Fdirectives.xml-D-135.964.xml.
[55] Faith in Place, *supra* n.5, at 25.

buildings, all of which are commonly occupied by low-income households.[56] In July 2022, the American Lung Association published a report synthesizing its literature review of the impacts of indoor residential gas combustion, finding that gas appliance emissions degrade indoor air quality, resulting in worse asthma symptoms and reduced lung function in children and other vulnerable populations.[57] In November 2022, the American Public Health Association adopted a policy acknowledging the scientific evidence linking gas stove emissions and negative health effects and called on regulatory agencies and policymakers to enact measures to abate gas appliance emissions.[58] In March 2024, an official American Thoracic Society workshop report found that "[p]hasing out natural gas for heating and cooking will not only improve respiratory health by improving indoor and outdoor air quality through the reduction of hazardous by-products and secondary pollutants such as ozone but also will mitigate climate change impacts by reducing leaks of greenhouse gases."[59]

Each of these four organizations highlights particular concerns over the asthma-related health effects caused by exposure to $NO_2$ emitted during gas combustion. In 2013, researchers estimated that children living in homes that cook with gas are 42 percent more likely to presently have asthma and 24 percent more likely to have asthma at some point during their lives.[60]

---

[56] *Id.*; Adamkiewicz et al., *supra* n.35, at S239-S240.
[57] Am. Lung Ass'n, *Literature Review on the Impacts of Residential Combustion* (July 10, 2022), https://www.lung.org/policy-advocacy/healthy-air-campaign/healthy-efficient-homes/residential-combustion.
[58] Am. Pub. Health Ass'n, *Gas Stove Emissions Are a Public Health Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness in Children, Older Adults, and People with Underlying Health Conditions* (Nov. 8, 2022), https://www.apha.org/Policies-and-Advocacy/Public-Health-Policy-Statements/Policy-Database/2023/01/18/Gas-Stove-Emissions.
[59] Nicholas J. Nassikas et al., *Indoor Air Sources of Outdoor Air Pollution: Health Consequences, Policy, and Recommendations*, 21 ANNALS AM. THORACIC SOC'Y 365, 368 (Mar. 2024), http://doi.org/10.1513/AnnalsATS.202312-1067ST.
[60] Lin et al., *supra* n.10.

Building on this research, analysts estimated in 2023 that over 21 percent of childhood asthma in Illinois is attributable to gas stove use.[61] People with asthma face greater risks from breathing in pollution from gas stoves, but reducing this pollution exposure can improve health outcomes. In 2026, a Case Western Reserve University study of 85 people with poorly controlled asthma found that replacing gas stoves with electric stoves led to substantially lower indoor $NO_2$ levels and improvements in "multiple measures of asthma control," including "respiratory symptoms, activity limitations, the need for short-acting bronchodilators, emergency room visits or hospitalizations for asthma, and missed work or school for asthma."[62]

Housing conditions in low-income communities contribute to socioeconomic disparities in household exposure to indoor air pollution. For example, smaller units, higher occupant density, and inadequate ventilation all contribute to higher levels of $NO_2$ in lower-income multifamily buildings.[63] A 2022 study by the National Center for Healthy Housing revealed that 90% of rental homes did not have adequate ventilation,[64] and another study showed that gas stove pollution was highest in multi-unit buildings.[65] Low-income communities and renters are therefore particularly vulnerable to indoor air pollution in the absence of restrictions on indoor combustion of fossil fuels.[66]

---

[61] Gruenwald et al., *supra* n.11.
[62] Ashwini R. Sehgal et al., *Asthma Control Before and After Changing Gas Stoves to Electric Stoves*, 14 J. ALLERGY & CLINICAL IMMUNOLOGY: IN PRACTICE 2341, 2344-45 (Oct. 2026), https://doi.org/10.1016/j.jaip.2026.06.039.
[63] *See* Adamkiewicz et al., *supra* n.35.
[64] *See* Am. Pub. Health Ass'n, *supra* n.58 (citing Nat'l Ctr. for Healthy Hous., *supra* n.34).
[65] Lisa K. Baxter et al., *Predictors of Concentrations of Nitrogen Dioxide, Fine Particulate Matter, and Particle Constituents Inside of Lower Socioeconomic Status Urban Homes*, 17 J. EXPOSURE SCI. & ENV'T EPIDEMIOLOGY 433 (2007), https://doi.org/10.1038/sj.jes.7500532.
[66] *See* Physicians for Soc. Resp., WE ACT for Environmental Justice, & Sierra Club, *The Outdoor Pollution Is Coming from Inside the House: National Building Pollution Report* 11–12 (2023), https://weact.org/wp-content/uploads/2023/10/AppliancePollution_Report_FINAL.pdf.

Fossil fuel combustion in buildings is a major source of outdoor air pollution as well. According to data from EPA's National Emissions Inventory, combusting fossil fuels in buildings releases over 250,000 tons per year of carbon monoxide, over 460,000 tons of nitrogen oxides, and more than 15,000 tons of $PM_{2.5}$ nationwide.[67] The consequences of these emissions on ambient air quality are significant and harmful.

***Ozone.*** Ground-level ozone is a highly reactive gas that is formed by interactions between nitrogen oxides and volatile organic compounds, which are emitted by gas-burning equipment and other sources, in the presence of heat and sunlight.[68] The Chicago area is in "serious" nonattainment of EPA's health-based National Ambient Air Quality Standards for ozone, which means Illinois has consistently failed to maintain safe, healthy air quality in Chicago and surrounding areas.[69] There is, therefore, a high risk that the Village's residents are breathing unsafe levels of air pollutants.

Ozone exposure, even over a short time period, is linked to chronic conditions affecting the respiratory, cardiovascular, reproductive, and central nervous systems, as well as premature mortality.[70] Ozone exposure is also associated with increased asthma attacks, emergency room visits, hospitalization, and medication for asthma.[71] While the health impacts of ozone are

---

[67] U.S. EPA, *2017 National Emissions Inventory (NEI) Data*, https://www.epa.gov/air-emissions-inventories/2017-national-emissions-inventory-nei-data#dataq (last visited Nov. 18, 2026).
[68] U.S. EPA, *What is Ozone?,* https://www.epa.gov/ozone-pollution-and-your-patients-health/what-ozone# (last updated May 13, 2026).
[69] U.S. EPA, *Illinois Nonattainment/Maintenance Status for Each County by Year for All Criteria Pollutants*, https://www3.epa.gov/airquality/greenbook/anayo_il.html (last updated Oct. 31, 2026).
[70] U.S. EPA, *Integrated Science Assessment for Ozone and Related Photochemical Oxidants* 1-5, Tbl. 1-1 (Feb. 2013), https://assessments.epa.gov/isa/document/&deid%3D247492.
[71] U.S. EPA, *Policy Assessment for the Reconsideration of the Ozone National Ambient Air Quality Standards: External Review Draft Version 2* 3-22 to 3-27 (Mar. 2023), https://www.epa.gov/naaqs/ozone-o3-standards-policy-assessments-current-review.

ubiquitous, certain populations are at an increased risk, including people with asthma, children, people over the age of 65, and outdoor workers.[72]

Rewiring America, an organization that shares data and tools to help Americans cost-effectively electrify buildings, recently published a study finding that replacing fossil fuel appliances that vent outdoors (*i.e.*, space and water heaters and clothes dryers) with electric appliances nationwide would produce $40 billion in annual public health benefits—including 3,400 fewer premature deaths, 1,300 fewer hospital admissions and emergency room visits, and 220,000 fewer asthma attacks.[73] Specifically in Illinois, Rewiring America found that outdoor air pollution from residential buildings accounts for 888 premature deaths per year.[74] Similarly, RMI has found that residential and commercial fuel combustion in Illinois is responsible for 1,120 early deaths and $12.6 billion in health impacts each year.[75] In the Chicago nonattainment area, RMI found that fossil fuel appliances emit 13% of all nitrogen oxides—three times as much as power plants—and expose communities of color to 24% more ambient $PM_{2.5}$ than whites.[76] The Ordinance will reduce these public health impacts.

## II. Building Emissions Cause Harmful Climate Pollution, Prompting State and Local Legislation to Protect Health and Safety.

In addition to degrading indoor and outdoor air quality, buildings are a significant source of greenhouse gas emissions contributing to climate change. This climate pollution impedes the

[72] U.S. EPA, *supra* n.70, at 2-30.
[73] Rewiring America, *Breathe Easy* 2 (Dec. 2024), https://a-us.storyblok.com/f/1021068/x/f03d441bd0/breathe-easy-report-rewiring-america.pdf.
[74] Rewiring America, *Bringing Infrastructure Home: A 50-State Report on U.S. Home Electrification* 41 (June 2021), https://www.rewiringamerica.org/research/bringing-infrastructure-home-report.
[75] RMI, *Fact Sheet: All-Electric Buildings: A Health Priority for Illinois* 1 (June 2023), https://rmi.org/insight/state-level-building-electrification-factsheets/.
[76] Talor Gruenwald et al., *How Air Agencies Can Help End Fossil Fuel Pollution from Buildings* 11, RMI (2021), https://rmi.org/insight/outdoor-air-quality-brief/.

Village's ability to meet its emissions reduction targets, and has state-wide, national, and international repercussions, as those emissions worsen the climate crisis. As described above, gas combustion in the Village's building sector releases the greenhouse gas carbon dioxide, and methane—an even more potent greenhouse gas—also leaks from gas distribution pipes that supply buildings with this fuel. A staggering 70% of the Village's greenhouse gas emissions come from the building sector alone.[77]

In 2021, acknowledging the myriad harms posed by climate change and the need to accelerate emission reductions, the Illinois General Assembly passed CEJA, which requires Illinois to reach 100% clean energy by 2050 and reduce emissions from other sectors, including exploring strategies to "significantly expand the percentage of net-zero housing and net-zero buildings in the community."[78] On August 1, 2022, the Village adopted the more ambitious "Climate Ready Oak Park" Plan, which resolves to reduce its greenhouse gas emissions by 60% by 2030 and reach net-zero emissions by 2050.[79] In support of this goal, the Village emphasized that "[c]limate change presents many interrelated dangers to human and ecosystem health, food and water supply, and transportation and energy reliability" and "[r]esearch shows that people who are already vulnerable, including lower-income and other marginalized communities, are more likely to be harmed by a climate disaster."[80]

Noting that emissions from residential and commercial buildings alone generate 70% of Oak Park's total greenhouse gas emissions,[81] the Village passed the Ordinance as a key step

---

[77] Village of Oak Park, *supra* n.2 ("Introduction: Energy" section).
[78] Ill. Pub. Act 102-0662 § 15-15(e)(6) (2021).
[79] Village of Oak Park, *Climate Ready Oak Park: Climate Ready Oak Park Commitments*, https://www.oak-park.us/Community/Sustainability-Resilience/Climate-Ready-Oak-Park (last visited Nov. 19, 2026).
[80] Village of Oak Park, *supra* n.2.
[81] *Id.*

toward "achiev[ing] community-wide net zero greenhouse gas emissions by 2050."[82] The Ordinance, by requiring reduced greenhouse gas emissions from newly constructed buildings in Oak Park, is a critical tool for effectuating the objectives in both local and state climate laws.

The Village's clear approach to improving indoor and outdoor air quality and meeting statutory greenhouse gas emissions reduction targets rests upon reducing gas combustion in buildings. This Court should ensure that the Village—and similarly situated state and local governments—retain the ability to enact laws pursuant to their valid police powers to protect their residents' health and safety.

## III. Regulating Air Pollution from Buildings Falls Squarely Within the Village's Traditional Police Powers, which EPCA Does Not Preempt.

For the reasons stated in the Village's Answering Brief, the Ordinance is not preempted by EPCA, as is clear from the statute's plain language, structure, and legislative history. EPCA is chiefly concerned with setting energy efficiency standards for appliances, whereas the Ordinance is aimed at reducing emissions from buildings. Such regulation of air pollution does not "concern[] the energy efficiency [or] energy use" of EPCA-covered equipment, 42 U.S.C. § 6297(c), but instead falls within the Village's traditional police powers to enact health and safety regulations.

The Seventh Circuit has explained that "great judicial deference is owed to the legislative judgment" in cases where Illinois uses its "police power authority to regulate matters of health and safety." *Sutker v. Ill. State Dental Soc.*, 808 F.2d 632, 635–36 (7th Cir. 1986). "Environmental regulation has long been recognized as an historic police power of the states," and the Illinois Constitution broadly delegates that police power to local governments like the

[82] *Id.*; Village of Oak Park, *Building Electrification*, https://engageoakpark.com/electrification (last visited Nov. 21, 2026).

Village. *See Nat'l Solid Wastes Mgmt. Ass'n v. Killian*, 918 F.2d 671, 676 (7th Cir. 1990) (cleaned up) (quoting *Huron Cement Co. v. City of Detroit*, 362 U.S. 440, 442 (1960)); *see also Quilici v. Morton Grove*, 695 F.2d 261, 268 (7th Cir. 1982) ("Illinois home rule units [such as the Village] have expansive powers to govern as they deem proper . . ."). Congress would need to use "exceedingly clear language" in order to "significantly alter the balance between federal and state power" by displacing states' and localities' core traditional police powers to promote health and safety through environmental regulations. *Sackett v. EPA*, 598 U.S. 651, 679 (2023) (citation omitted). EPCA contains no such exceedingly clear language—indeed, it "makes no mention of emissions regulations" at all. *Rinnai Am. Corp. v. S. Coast Air Quality Mgmt. Dist.*, 184 F.4th 1094, 1105 (9th Cir. 2026).

There is a growing consensus among federal courts that EPCA does not preempt states and localities from exercising their police power to reduce harmful air pollution from buildings through regulations like the Ordinance. The Second Circuit has held that EPCA does not preempt state and local laws that "effectively prohibit the use of fossil-fuel-powered appliances in new buildings," noting that these laws aim to address "a significant source of pollution and greenhouse gas emissions." *Ass'n of Contracting Plumbers of New York et al. v. New York*, 180 F.4th 434, 436-37 & n.1 (2d Cir. 2026) (citing, *inter alia*, Am. Lung Ass'n, *Literature Review on the Impacts of Residential Combustion*, *supra* n.57). The Ninth Circuit recently held that even under the reasoning of *California Restaurant Association v. City of Berkeley*, EPCA does not preempt emission reduction regulations. *See Rinnai America Corp. v. S. Coast Air Quality Mgmt. Dist.*, 184 F.4th at 1097-98, 1105 (reasoning that "[t]he regulation of air pollution has historically been a matter of state authority," that the federal Clean Air Act preserved this authority and made states primarily responsible for achieving federal air quality standards, and that there is no

evidence "Congress wanted to interfere with" this system of federal-state collaboration in EPCA). And multiple district courts around the country have dismissed EPCA preemption challenges to state and local policies that are similar to the Ordinance. *See, e.g.*, *Rest. L. Ctr. v. City & Cnty. of Denver*, No. 24-cv-01862, 2026 U.S. Dist. LEXIS 224795, at *3 (D. Colo. Aug. 7, 2026) (upholding energy code provisions that "restrict[] or ban[] the use of certain natural gas appliances" in order "to advance the health and safety and long-term viability of the city" by reducing emissions); *Nat'l Ass'n of Home Builders v. District of Columbia*, No. 24-cv-02942, 2026 U.S. Dist. LEXIS 64829 (D.D.C. Mar. 26, 2026); *Nat'l Ass'n of Home Builders v. Montgomery Cnty.*, No. 8:24-cv-03024-PX, 2026 U.S. Dist. LEXIS 62725 (D. Md. Mar. 25, 2026); *Md. Building Ass'n v. McIlwain*, 828 F. Supp. 3d 617 (D. Md. 2026). Other courts have found that EPCA does not preempt state tort law relating to pollution and health risks from gas appliances. *See Bankhurst v. Wolf Appliance, Inc.*, 2024 U.S. Dist. LEXIS 117734, at *8 (W.D. Wisc. July 2, 2024) (finding that EPCA preemption did not apply where plaintiffs' claims did not concern energy consumption, but instead "the unsafe levels of hazardous pollutants—particularly nitrogen dioxide—that the products allegedly emit, as well as defendants' alleged failure to warn consumers of the associated risks"); *Hendrick v. BSH Home Appliances Corp.*, 2024 U.S. Dist. LEXIS 87747, at *20 (C.D. Cal. May 14, 2024) (concluding that allegations relating to emissions and health impacts of gas stoves "do not concern the EPCA and the effect that Plaintiffs' claims would have on energy use, if any, is merely tangential and remote"); *see also Drake v. Haier US Appliance Solutions Inc.*, 2024 U.S. Dist. LEXIS 25169, at *16 (N.D. Cal. Feb. 13, 2024) (finding that fraud claims relating to failure to disclose emissions risks of gas appliances do not "necessarily impact the quantity of gas consumed by gas appliances at the point of use"). In short, not a single court outside the Ninth Circuit has adopted the flawed reasoning of *California*

*Restaurant Association*, and even the Ninth Circuit has held that EPCA does not preempt state and local emission reduction policies.

These courts' holdings are consistent with Congress's careful preservation, in the Clean Air Act, of states' and localities' traditional authority to address outdoor air pollution, including emissions from combustion appliances. *See, e.g.*, 42 U.S.C. § 7401(a)(3) (finding that "air pollution control at its source is the primary responsibility of States and local governments"); 42 U.S.C. § 7416 (preserving states' right to adopt "(1) any standard or limitation respecting emissions of air pollutants or (2) any requirement respecting control or abatement of air pollution"); *see also* U.S. EPA, *California State Implementation Plan Revision; NOx Control Measures for Two California Air Pollution Control Districts*, 51 Fed. Reg. 600, 602 (Jan. 7, 1986) (approving local emission standards for furnaces in California's Clean Air Act State Implementation Plan); U.S. DOE, *Energy Conservation Program: Energy Conservation Standards for Residential Water Heaters, Direct Heating Equipment, and Pool Heaters*, 75 Fed. Reg. 20112, 20133 (Apr. 16, 2010) (recognizing that local emission standards for water heaters do not affect the application of DOE's energy efficiency standards, even though they can incidentally affect these appliances' efficiency). Further, because no federal law grants any federal agency general authority to regulate indoor air pollution,[83] Appellant's interpretation would create a regulatory void, where neither federal, state, nor local authorities can act to address the public health threat of gas appliances. EPCA cannot reasonably be read to *sub silentio* preempt the Ordinance and other important local exercises of police power to protect

---

[83] *See* EPA, *Regulatory and Guidance Information by Topic: Air* ("EPA does not regulate indoor air"), https://tinyurl.com/mpfskudp (last updated July 24, 2026).

health and safety. In short, EPCA's plain language, statutory structure, and legislative history clearly show the Ordinance is not preempted.

## CONCLUSION

The undersigned *amici* urge this Court to uphold the Village of Oak Park's right to protect its residents and their environment by reducing the unsafe, unhealthy pollution stemming from gas combustion. For the reasons stated above, *Amici* request that this Court affirm the district court's decision granting summary judgment for the Village.

Dated: November 23, 2026

Respectfully Submitted,

/s/ *Sari Amiel*

Sari Amiel
Sierra Club
50 F St. NW, Eighth Floor
Washington, DC 20001
(301) 807-2223
sari.amiel@sierraclub.org

Jim Dennison
Sierra Club
1650 38th St. Ste. 103W
Boulder, CO 80301
(435) 232-5784
jim.dennison@sierraclub.org

*Counsel for Sierra Club and OPCAN*

/s/ *Robert A. Weinstock*

Robert A. Weinstock
Director, Environmental Advocacy Center
Clinical Professor of Law
Northwestern Pritzker School of Law
375 E. Chicago Ave. | Chicago, IL 60611
robert.weinstock@law.northwestern.edu
(312) 503-1457

*Counsel for the*
*Chicago Environmental Justice Network,*
*Faith in Place, and Respiratory Health Association*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type-volume limitation of Circuit Rule 29 because it contains 6,761 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f). I further certify that this brief complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)-(6) as modified by Circuit Rule 32(b) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 12-point Times New Roman.

Dated: November 23, 2026

*/s/ Sari Amiel*
Sari Amiel

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the ACMS system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate electronic filing system.

Dated: November 23, 2026

*/s/ Sari Amiel*
Sari Amiel